No. 48. COMMUNIST PARTY OF THE UNITED STATES *v.* SUBVERSIVE ACTIVITIES CONTROL BOARD. Certiorari, 349 U. S. 943, to the United States Court of Appeals for the District of Columbia Circuit. The motion for leave to file brief of Frank Aydelotte et al., as *amici curiae,* is granted. *Royal W. France* for movants.

No. 74. UNITED STATES *v.* LESLIE SALT Co. Certiorari, 349 U. S. 951, to the United States Court of Appeals for the Ninth Circuit. The motion for leave to file brief of Plymouth Oil Co., as *amicus curiae,* is denied.

No. 3, Misc. EATON *v.* SCHEINEMAN ET AL.; and
No. 129, Misc. STEWART *v.* ALVIS, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied. Petitioners *pro se. Latham Castle,* Attorney General, for the State of Illinois, respondent in No. 3.

No. 100, Misc. HACKETT *v.* UNITED STATES. Motion for leave to file petition for writ of certiorari denied.

No. 128, Misc. PECKHAM *v.* RAGEN, WARDEN. Motion for leave to file petition for writ of certiorari out of time denied.